

MG

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| | * | DOCKET NO. 1:05-cr-1067 KMK |
| v. | * | |
| | * | JUDGE KARAS |
| STEVEN EARL RIDDICK, | * | |
| | * | |
| Defendant. | * | |
| | * | |

**MOTION OF NON-RESIDENT ATTORNEY FOR ADMISSION PRO HAC VICE**

COMES NOW, Bryan H. Hoss, as attorney of record for Steven Earl Riddick, and hereby moves this Court for an Order admitting Mr. Hoss Attorney Pro Hac Vice pursuant to the Local Rules of the Southern District of New York 1.3(c) and 44.1(b) to appear on behalf of defendant, Steven E. Riddick, in the above referenced action and to be counsel of record. Mr. Hoss respectfully submits that he currently practices law at 508 E. 5th Street, Chattanooga, TN 37403, telephone number 423-266-0605, fax 423-266-0687. Further, he is a member, in good standing of the Bar of Tennessee, as reflected in the certificate attached hereto as Exhibit "A".

Mr. Hoss designates Curtis J. Farber, 350 Broadway Fl. 10th, New York, NY 10013, telephone number 212-334-4466 as local counsel. Mr. Farber is a member of the Bar of this Court, and maintains an office in New York, New York for the practice of law.

Mr. Hoss respectfully submits to this Court that he will abide by and follow all local rules and the State of New York Rules of Professional Responsibility. Finally, Mr. Hoss requests that all correspondence, service of discovery and other such paperwork be served on him directly at his address below and that he be allowed to participate in this Court's ECF filing system.

Respectfully submitted,

DAVIS & HOSS PC

_____
Bryan H. Hoss, Tennessee BPR#021529
Davis & Hoss PC
508 E. 5th Street
Chattanooga, TN 37403
(423)266-0605
(423)266-0687 (fax)

## CONSENT OF DESIGNEE

I hereby consent to the foregoing designation on this the 30 day of March 2006.

_____
Curtis J. Farber

## Certificate of Service

The undersigned hereby certifies that a true and exact copy of the foregoing Notice has been forwarded by United States Mail, postage pre-paid, to Danya Perry, Assistant U.S. Attorney, Office of the U.S. Attorney, 1 St. Andrews Plaza, NY, NY 10007.

This the 30th day of March, 2006.

_____
Bryan H. Hoss

# CLERK OF THE SUPREME COURT
## STATE OF TENNESSEE

I, Michael W. Catalano, Clerk of The Supreme Court, do hereby certify that **BRYAN HENRY HOSS** is a licensed and practicing attorney of the Courts of this State, having taken the oath as prescribed by law, is enrolled as an attorney of this Court, and is in good standing. The Supreme Court is the Court of last resort in Tennessee.

Date of Enrollment:   November 7, 2001

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 16th day of March 2006.

Michael W. Catalano, Clerk

By _____ D.C.

