**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | DOCKET NO. 7:05-cr-1067 KMK |
| v. | * | |
| | * | JUDGE KARAS |
| STEVEN EARL RIDDICK, | * | |
| | * | |
| Defendant. | * | |
| | * | |

[DOCUMENT ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/06]

## MOTION TO ALLOW COUNSEL TO PARTICIPATE VIA TELEPHONE CONFERENCE & WAIVE DEFENDANT'S APPEARANCE AT REPORT DATE

**COMES NOW**, the Defendant, Steven Riddick, by and through counsel, Bryan H. Hoss, and hereby requests that the Court allow the Defendant's attorney, Bryan Hoss, to appear via telephone conference at the April 28, 2006 conference date. Counsel would show that he resides in Chattanooga, Tennessee and his first child is due on or about May 21, 2006. Physicians have advised counsel not to travel in case of an emergency. Respectfully, counsel requests that this Court allow him to participate via telephone conference at the April 28, 2006 court date.

If this Court allows counsel to participate via telephone conference, the Defendant also requests an Order waiving the Defendant's appearance at the April 28, 2006 court date. Counsel represents to the Court that the Defendant has reviewed discovery with counsel, is in constant contact and is maintaining all of his responsibilities in order to prepare for trial. The Defendant knowingly waives his right to be present at such hearing and states that granting this Motion will be in the interest of justice.

Counsel has discussed these Motions with the Government who takes no position and does not object.

Respectfully submitted,

**DAVIS & HOSS PC**

Bryan H. Hoss, TN BPR#021529
508 E. 5th Street
Chattanooga, Tennessee 37403
423-266-0605
423-266-0687 Fax

Curtis Farber
Local Counsel
350 Broadway, Suite 10
New York, NY 10013-3911
212-334-4466

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing was forwarded via U.S. Mail on this the 19 day of March, 2006 to:

E. Danya Perry, Assistant U.S. Attorney
1 St. Andrews Plaza
New York, NY 10007
212-637-2434
212-637-2429 fax

BRYAN H. HOSS

The Court will allow counsel for Mr. Riddick to appear by telephone this one time, however, Mr. Riddick must himself be available by telephone and shall assume he will have to be available in person at future conferences.

SO ORDERED

KENNETH M. KARAS U.S.D.J.
4/12/06

2