UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | DOCKET NO. 1:05-cr-1067 KMK |
| v. | * | |
| | * | JUDGE KARAS |
| STEVEN EARL RIDDICK, | * | |
| | * | |
| Defendant. | * | |
| | * | |

## PROPOSED ORDER

Upon defendant's pro hac vice motion, it is **ORDERED, ADJUDGED,** and **DECREED** that Attorney Bryan H. Hoss shall be admitted in the Southern District of New York to represent the defendant in the above captioned case.

It is further **ORDERED, ADJUDGED,** and **DECREED** that Mr. Hoss shall be allowed to participate in this Court's Electronic Case Filing system.

JUDGE KARAS
4/21/06

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/06