UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTHERN NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | DOCKET NO. 05 CR 1067 KMK |
| v. | * | |
| | * | JUDGE KARAS |
| STEPHEN EARL RIDDICK, | * | |
| | * | |
| Defendant. | * | |
| | * | |

NOTICE OF APPEARANCE

Comes now, Bryan H. Hoss, Attorney at Law, pursuant to Local Criminal Rule 44.1, who whereby gives notice of his representation of the Defendant, Stephen E. Riddick, in this matter.

By: _____
Bryan H. Hoss, Tennessee BPR#021529
Davis & Hoss PC
508 E. 5th Street
Chattanooga, TN 37403
(423)266-0605
(423)266-0687 fax

**Certificate of Service**

The undersigned hereby certifies that a true and exact copy of the foregoing Notice has been forwarded by United States Mail, postage pre-paid, to Donya Perry, Assistant U.S. Attorney, Office of the U.S. Attorney, 1 St. Andrews Plaza, NY, NY 10007.
This 28 day of FEB, 2006.

_____
Bryan H. Hoss