UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * DOCKET NO. 1:05-cr-1067 KMK |
| v. | * |
| | * JUDGE KARAS |
| STEVEN EARL RIDDICK, | * |
| | * |
| Defendant. | * |
| | * |

**AGREED ORDER MODIFYING CONDITIONS OF BOND AND RELEASING CASH BOND TO DEFENDANT**

Upon the Defendant's request to return $10,000 in cash posted with the United States District Court Clerk's office for the Southern District of New York, upon the Defendant's agreement to remain in the continental United States until the conclusion of the above captioned case and upon the agreement of Assistant United States Attorney, Danya Perry, to altering bond conditions as more fully set out below, it is

**ORDERED, ADJUDGED & DECREED** that the United States District Court Clerk's office for the Southern District of New York shall release to the Defendant's attorney, Bryan Hoss, 508 East 5th Street, Chattanooga, Tennessee, 37403, the cash bond posted by Steve Riddick in the amount of $10,000. It is further

**ORDERED, ADJUDGED & DECREED** that the previous bond conditions are hereby modified and the Defendant is ordered to remain in the continental United States until the conclusion of this case or until further orders of this Court.

ENTERED on this the 19th day of July, 2006

JUDGE KARAS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/06

APPROVED FOR ENTRY:

_____
E. Danya Perry
Assistant United States Attorney
1 St. Andrews Plaza
New York, NY 10007
(212) 637-2434
(212) 637-2429 (Fax)


_____
Bryan H. Hoss, TN BPR#021529
ATTORNEY FOR DEFENDANT
508 East 5th Street
Chattanooga, Tennessee 37403
(423) 266-0605
(423) 266-0687 (Fax)