UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | DOCKET NO. 1:05-cr-1067-10 |
| v. | * | KMK |
| | * | JUDGE KARAS |
| STEVEN EARL RIDDICK, | * | |
| Defendant. | * | |

## WAIVER OF APPEARANCE

Upon the pretrial conference conducted July 11, 2006 at 10:00 a.m. before Honorable Judge Karas, United States District Court, Southern District of New York, the Defendant, Steven Earl Riddick, by his signature below and through his attorney of record, hereby knowingly, voluntarily, and intelligently waives his presence at such pretrial conference.

_/s/ Steven E. Riddick_
Steven Earl Riddick

Respectfully Submitted,

DAVIS & HOSS, P.C.



Bryan H. Hoss, TN BPR# 021529
508 E. 5th Street
Chattanooga, Tennessee 37403
423-266-0605
423-266-0687-fax

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

This the 26th day of July, 2006.



Bryan H. Hoss