

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

**MEMO ENDORSED**

August 22, 2006

**BY HAND DELIVERY and FAX**

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
E FILED: 8/22/06
```

Re: **United States v. Douglas Shyne et al.**
S4 05 Cr. 1067 (KMK)

Dear Judge Karas:

The Government has received the severance motion filed on behalf of defendants Riddick, Montgomery, and Alexander. I have spoken with Mr. McFarland (who has informed me that he is authorized to speak on behalf of each of the three moving defendants in this matter), in order to jointly submit a proposed response schedule for Your Honor's consideration. As I will be away on a pre-scheduled vacation during the week of August 21, 2006, the parties request that the Government be permitted to file its response by September 6, 2006, at the latest. The parties also jointly request that the defendants be permitted to reply within one week from the date of the Government's submission, such that their submission will be due, at the latest, on September 13, 2006.

Respectfully submitted,
MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
E. Danya Perry
Assistant United States Attorney
(212) 637-2434

cc: (by fax)
Robert W. McFarland, Esq.
Bryan H. Hoss, Esq.
Michael Fineman, Esq.

*The briefing schedule for Defendants' Severance Motion is approved.*

**SO ORDERED**

_____
KENNETH M. KARAS U.S.D.J.
8/22/06

TOTAL P.02