UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
:
UNITED STATES OF AMERICA       :     **ORDER**
:
-v.-                           :     S4 05 Cr. 1067 (KMK)
:
STEVEN RIDDICK, *et al.*,      :
:
          Defendant.   :
:
------------------------------------------------------x

    WHEREAS, the Court was informed by United States Pretrial Services Office that the defendant Steven Riddick tested positive for the use of marijuana on or about November 1, 2006;

    WHEREAS, the parties appeared before the Court on December 13, 2006; and

    WHEREAS, the defendant is currently undergoing drug treatment,

    IT IS ORDERED that, as a condition of the defendant's bail, the defendant shall continue to engage in such drug treatment as may be deemed appropriate by the defendant's United States Pretrial Services Officer.

Dated: December 18, 2006
       New York, New York

                                        The Honorable Kenneth M. Karas
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/06