**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **DOCKET NO. 1:05-cr-1067 KMK** |
| **v.** | * | |
| | * | **JUDGE KARAS** |
| **STEVEN EARL RIDDICK,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

**DEFENDANT STEVEN RIDDICK'S PROPOSED JURY INSTRUCTIONS**

COMES NOW, the Defendant, Steve Riddick, by and through his attorney of record and hereby files his proposed jury instructions for the Court's consideration. The Defendant would request the following instructions:

1. Any and all jury instructions filed by codefendant Timothy Montgomery;

2. Subject to the Court's approval, the Defendant reserves the right to request additional jury instructions pending the government's case in chief and evidence presented at trial.

Respectfully Submitted,

**DAVIS & HOSS, P.C.**

s/_____
Bryan H. Hoss, TN BPR# 021529
508 E. 5th Street
Chattanooga, Tennessee  37403
423-266-0605
423-266-0687-fax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

This the 5th day of February, 2007.


_s/_____
Bryan H. Hoss