**KAUFMAN & CANOLES**
──── | A Professional Corporation | ────
Attorneys and Counselors at Law

Hunter W. Sims, Jr.
757 / 624-3272
hwsims@kaufcan.com

757 / 624-3000
fax: 757 / 624-3169

*Mailing Address:*
P.O. Box 3037
Norfolk, VA 23514

150 West Main Street
Suite 2100
Norfolk, VA 23510

June 29, 2005

KC No.: 0113315

Robert J. Krask, Esquire
U.S. Attorney's Office
8000 World Trade Center
101 West Main Street
Norfolk, VA 23510

Re:  *Steve Riddick Sports Training, Inc./Steve Riddick*

Dear Mr. Krask:

Please note me as counsel for Steve Riddick Sports Training, Inc. and Steve Riddick with respect to your investigation.

Very truly yours,

Hunter W. Sims, Jr.

HWS/lsw

)94995



EXHIBIT
B

ce    Hampton    Newport News    Richmond    Virginia Beach    Williamsburg