# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | **DOCKET NO. 1:05-cr-1067 KMK** |
| v. | * | |
| | * | **JUDGE KARAS** |
| STEVEN EARL RIDDICK, | * | |
| | * | |
| Defendant. | * | |
| | * | |

### AFFIDAVIT OF BRYAN H. HOSS

IN THE COUNTY OF HAMILTON)
IN THE STATE OF TENNESSEE)

**Bryan H. Hoss,** being first duly sworn, upon penalty of perjury, and in accordance with law, deposes and says:

1.     My name is Bryan H. Hoss.  I am an attorney licensed to practice law in the State of Tennessee and in Federal Courts in Tennessee.  I currently represent Steven Earl Riddick in the above captioned case.

2.     I have received a substantial amount of discovery from the Government in this case including a NCIC report of Steve Riddick.

3.     The NCIC report does not show that the Defendant has a 2001 felony forgery conviction.  Rather, the NCIC shows an arrest and no disposition information received.  Moreover, the NCIC also shows various forgery charges that had been Nolle Prossed.

FURTHER AFFIANT SAITH NOT.

BRYAN H. HOSS

Sworn to and subscribed before me
this 26th day of March, 2007.

NOTARY PUBLIC
My Commission Expires: 4-10-10



EXHIBIT
A