UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | DOCKET NO. 1:05-cr-1067 KMK |
| v. | * | |
| | * | JUDGE KARAS |
| STEVEN EARL RIDDICK, | * | |
| | * | |
| Defendant. | * | |
| | * | |

## MOTION TO LATE FILE MOTIONS IN LIMINE

COMES NOW, the Defendant, Steve Riddick, by and through counsel and hereby files this Motion to late file two (2) Motions in Limine filed contemporaneously. The Court ordered Motions in Limine to be filed March 26, 2007, the same date the government was ordered to produce trial exhibits. The Defendant's Motion in Limine #1 is directly related to the government providing a trial exhibit regarding the existence of Steve Riddick Sports Training, Inc and its subsequent termination. The Defendant's Motion in Limine #2 is regarding a statement made by Nathaniel Alexander which is also the subject of the Defendant's Motion to Sever that was timely filed on March 26, 2007.

Respectfully, the Defendant requests that this Court allow him leave to late file these two Motions in Limine.

                                              Respectfully submitted,

                                              **DAVIS & HOSS, PC**

                                              By: s/Bryan H. Hoss
                                                 **Bryan H. Hoss, TN BPR #021529**
                                              ATTORNEY FOR STEVE RIDDICK
                                              508 East 5th Street
                                              Chattanooga, Tennessee  37403
                                              423-266-0605 – Telephone
                                              423-266-0687 – Facsimile

2

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

    This the 4th day of April, 2007.

                                                s/Bryan H. Hoss