COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

AT RICHMOND, APRIL 27, 2005

The State Corporation Commission has found the accompanying articles submitted on behalf of

Steve Riddick Sports Training, Inc.

to comply with the requirements of law, and confirms payment of all required fees. Therefore, it is ORDERED that this

CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective April 27, 2005.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By *Mark C. Christie*

Commissioner

EXHIBIT
A
10757

CORPACPT
CIS0313
05-04-26-0071