

0609 9 1787

# COMMONWEALTH OF VIRGINIA

MARK C. CHRISTIE
CHAIRMAN

THEODORE V. MORRISON, JR.
COMMISSIONER

JUDITH WILLIAMS JAGDMANN
COMMISSIONER

JOEL H. PECK
CLERK OF THE COMMISSION
P.O. BOX 1197
RICHMOND, VIRGINIA 23218-1197

STATE CORPORATION COMMISSION
Office of the Clerk

September 07, 2006

A J KALFUS
870 N MILITARY HWY STE 300
PO BOX 12889
NORFOLK, VA 235410889

NOTICE OF TERMINATION OF CORPORATE EXISTENCE

RE:   Riddick Sports Training, Inc., Steve
ID:   0636866-6

Virginia corporation law provides that the due date for a Domestic corporation to pay its annual registration fee each year is the last day of the anniversary month of the date of its Certificate of Incorporation. If the fee remains unpaid as of the last day of the fourth month immediately following the due date, the corporation's existence shall be automatically terminated. See Sections 13.1-752 (Stock Corporations) and 13.1-914 (Non Stock Corporations) of the Code of Virginia. According to the Commission's records the above named corporation failed to pay its registration fee before August 31, 2006, and, consequently, the corporation's existence was automatically terminated as of that date.

Among other things, this termination means that the corporation can no longer lawfully conduct business and its directors are required to liquidate its business affairs. As there may be other consequences resulting from this termination, it is suggested that the corporation, its officers, and directors seek the advice of counsel.

If the corporation wishes to reinstate, it may do so by complying with the applicable statutes. For more information concerning reinstatement, write to:

COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION
CLERK'S OFFICE
P.O. BOX 1197 (1300 EAST MAIN STREET, RICHMOND, VA 23219)
RICHMOND, VA 23218-1197
(804) 371-9733 or toll-free in Virginia (866) 722-2551

EXHIBIT
B

CORPTERM

10759

Tyler Building, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/division/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

# Commonwealth of Virginia



## State Corporation Commission

*I Certify the Following from the Records of the Commission:*

The foregoing is a true copy of the notice of termination issued for Steve Riddick Sports Training, Inc. on September 07, 2006.

Nothing more is hereby certified.



*Signed and Sealed at Richmond on this Date:*
*February 27, 2007*

*Joel H. Peck, Clerk of the Commission*

CIS0505

10760