Apr 01 07 04:57p    Steve Riddick                    7572730420              p.2



MARK C. CHRISTIE
CHAIRMAN

THEODORE V. MORRISON, JR
COMMISSIONER

JUDITH WILLIAMS JAGDMANN
COMMISSIONER

# COMMONWEALTH OF VIRGINIA

JOEL H. PECK
CLERK OF THE COMMISSION
P.O. BOX 1197
RICHMOND, VIRGINIA 23218-1197

STATE CORPORATION COMMISSION
Office of the Clerk

May 24, 2006

STEVEN E RIDDICK
205 HARBOR DR
HAMPTON, VA 23661

RE:   INTERNATIONAL SPORTS TRAINING, INC.
ID:   0659042 - 6
DCN:  06-05-19-0025

Dear Customer:

This is your receipt for $75.00, to cover the fees for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is May 24, 2006.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CIS0363

Tyler Building, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/division/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206



EXHIBIT C