C. Leland Davis
lee@davis-hoss.com


# Davis & Hoss, PC
ATTORNEYS AT LAW

Bryan H. Hoss
bryan@davis-hoss.com

April 11, 2007

Honorable Kenneth M. Karas
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 920
New York, NY 10007

　　　Re: *United States v. Steven Earl Riddick*, Docket no. 1-05-cr-1067

Dear Judge Karas:

Pursuant to the Court's request regarding scheduling and pursuant to the government's disclosure of 801(d)(2)(E) co-conspirator statements, counsel for Mr. Riddick does intend to give an opening statement tomorrow morning.

I apologize for any inconvenience this may have caused and expect my opening statement to last approximately fifteen minutes.

　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　*Bryan H. Hoss (by CLD)*
　　　　　　　　　　　　　　　　　Bryan H. Hoss

508 E. 5th Street • Chattanooga, Tennessee 37403 • phone (423) 266-0605 • fax (423) 266-0687 • www.davis-hoss.com

Licensed in Tennessee and Georgia
State and Federal Courts