# Davis & Hoss, PC
## ATTORNEYS AT LAW

C. Leland Davis
lee@davis-hoss.com

Bryan H. Hoss
bryan@davis-hoss.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

October 3, 2007

**MEMO ENDORSED**

RECEIVED
OCT - 3 2007
USDC-WP-SDNY

By Fax: 914-390-4152
Hon. Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

Re: *USA v. Steven Riddick*, Docket no. S4 05 Cr. 1067 (KMK)

Dear Judge Karas:

Steve Riddick is currently set for Friday, October 12, 2007 for sentencing. I am faxing this letter to the number referenced above and I am respectfully requesting a postponement of the sentencing date for approximately thirty (30) to forty-five (45) days. I have conferred with AUSA Danya Perry who does not object to this request.

As grounds, I recently had several conversations with co-counsel Dennis Kelleher involving a potential Rule 33 motion for a new trial. The issue stems from an indictment that I recently became aware of involving Douglas Shyne and Natasha Singh. I have discussed this issue with Danya Perry briefly. It would appear to be in everyone's best interest to put off the sentencing so that we can properly investigate, brief, and submit this issue to the Court. It is my understanding that Mr. Kelleher will be filing a similar Rule 33 motion based on the same grounds. I've also discussed this issue with Mr. Barket who may file a Rule 33 motion as well. Mr. Barket joins in this request to continue the sentencing of Nathaniel Alexander who is also set on the same date.

Accordingly, we respectfully request that this matter be adjourned for sentencing to a date thirty (30) to forty-five (45) days that is convenient for the Court and the parties. It would probably be beneficial if the Court were to set a date for Defendant's Objections to the Presentence Investigation Report, the Government's response, and a possible date for filing the Rule 33 motion outlined above. Thank you for your consideration.

*Sentence is adjourned until December 12, 2007 at 2:15 pm.*

Respectfully submitted,

Bryan H. Hoss
Davis & Hoss P.C.

SO ORDERED
KENNETH M. KARAS U.S.D.J.
10/4/07

508 E. 5th Street • Chattanooga, Tennessee 37403 • phone (423) 266-0605 • fax (423) 266-0687 • www.davis-hoss.com

Licensed in Tennessee and Georgia
State and Federal Courts

Oct 03 2007 10:19AM HP LASERJET FAX    p.2

cc: Danya Perry
Dennis Kelleher
Bruce Barket
Tom Nooter