```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff(s),

   -v-

STEVEN RIDDICK,

                Defendant(s).

05 CR 1067 (KMK)

MOTION SCHEDULING ORDER

**KARAS, U.S.D.J.**

    Defendant's Rule 33 motion shall be served upon the Government by October 31, 2007.

    The Government's responsive papers are to be served by November 16, 2007.

    Reply papers are to be served by November 23, 2007.

    Sur-reply papers shall not be accepted or filed unless prior permission of the Court is given.

    Sentencing submissions are due by November 21, 2007

    Responsive papers are due by December 5, 2007.

SO ORDERED.

DATED:    White Plains, New York
                October 10, 2007

                                            KENNETH M. KARAS
                                          UNITED STATES DISTRICT JUDGE