UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | DOCKET NO. 1:05-cr-1067 KMK |
| v. | * | |
| | * | JUDGE KARAS |
| STEVEN EARL RIDDICK, *et. al.*, | * | |
| | * | |
| Defendant. | * | |
| | * | |

### AFFIDAVIT OF BRYAN H. HOSS

IN THE COUNTY OF HAMILTON)
IN THE STATE OF TENNESSEE)

    **Bryan H. Hoss,** being first duly sworn, upon penalty of perjury, and in accordance with law, deposes and says:

    1.    My name is Bryan H. Hoss. I am an attorney licensed to practice law in the State of Tennessee and in Federal Courts in Tennessee. I have been admitted Pro Hac Vice in the Southern District of New York and I currently represent Steven Earl Riddick in the above captioned case;

    2.    On September 5, 2007, I received a copy of the Indictment captioned *United States v. Bartee, et. al*, Docket No. 06-Crim-832, dated September 20, 2006 involving criminal allegations against several defendants and alleging a conspiracy between these defendants and Douglas Shyne and Natasha Singh;

    3.    The first time I saw this indictment was on September 5, 2007, months after the jury trial concluded in the above reference case;

    4.    Natasha Singh was a critical witness for the government in the above styled case. If I recall correctly, her testimony lasted nearly a day and a half on April 16-17, 2007;

    5.    Based upon my review of the indictment and had I known of the existence of this indictment, I would have cross-examined Natasha Singh as to its contents, her connection and relationship with the named defendants, their relationship with the State of Virginia (the home state of Steve Riddick where he is accused of depositing counterfeit checks), the number of counterfeit checks, the amounts of the counterfeit checks, the total amount of her conspiracy and other relevant information as contained in the indictment. Moreover, I would have inquired why she had not pled guilty to the *Bartee* checks and what agreements she had with prosecutors as to why she had not pled guilty;



1

6. In my professional opinion, I believe that this indictment is material impeachment information and could reasonably lead the jury to discredit her testimony and cause a different result in the trial;

FURTHER AFFIANT SAITH NOT.

_____
BRYAN H. HOSS

Sworn to and subscribed before me
this 26th day of October, 2007.

_____
NOTARY PUBLIC
My Commission Expires: 4-10-10

*[Notary Seal: JENNIFER W. TERRY, STATE OF TENNESSEE, NOTARY PUBLIC, HAMILTON COUNTY]*

2