

**COMMONWEALTH OF VIRGINIA**
**HOUSE OF DELEGATES**
RICHMOND

ROBERT E. WASHINGTON
SUITE 400
300 BOUSH STREET
NORFOLK, VIRGINIA 23510

COMMITTEE ASSIGNMENTS:
ROADS AND INTERNAL NAVIGATION
COUNTIES, CITIES AND TOWNS
LABOR AND COMMERCE
CLAIMS
MILITIA AND POLICE

THIRTY-NINTH DISTRICT
NORFOLK

TO STEVE RIDDICK

It gives me great pleasure to join with your friends on this occasion in recognition and commendation of your outstanding achievements in the XXI Olympiad.

You exemplify the high standards of competitiveness and excellence in performance by your achievements.

May the high standards you have set for yourself in this endeavor guide you throughout your life as you make your mark on this earth.

Best Wishes!

Your Friend,

*Bob Washington* (signature)  9/10/76

Bob Washington

EXHIBIT
A