COMMENDATION

WHEREAS, STEVE RIDDICK of Norfolk State College participated in the 1976 Summer Olympics and was awarded a gold medal in the 400 Meter Relay; and

WHEREAS, this achievement brought great credit and glory not only to him, but to The United States of America, to The Commonwealth of Virginia and to Norfolk State College; and

WHEREAS, such outstanding performance was achieved only by long and dedicated effort involving substantial sacrifice on his part:

NOW, THEREFORE, this Commendation is awarded to him with sincere gratitude this 10th day of September, 1976.

THE CITY OF SUFFOLK, VIRGINIA

By: *James F. Hope*
James F. Hope, Mayor



EXHIBIT B