# City of Norfolk
### Virginia

## A PROCLAMATION

WHEREAS, Steve Riddick and Tony Hall have distinguished themselves and brought honor to their country by the striking ability and physical prowess they displayed in the 1976 Olympiad; and

WHEREAS, Steve Riddick and Tony Hall have achieved great athletic stature, exhibited good sportsmanship, and provided an outstanding example for all our youth; and

WHEREAS, today Steve Riddick and Tony Hall are being honored by the Alumni Association of Norfolk State College and their many friends,

NOW, THEREFORE, I, Vincent J. Thomas, Mayor of the City of Norfolk, do hereby proclaim September 10, 1976, as

## RIDDICK-HALL DAY

and call upon our citizens to join in the observance of this occasion and to welcome Steve Riddick and Tony Hall back to Norfolk and let them know how proud of them we are.

Given under my hand this 10th day of September, 1976.

VINCENT J. THOMAS, MAYOR





EXHIBIT
C