# The Commonwealth of Pennsylvania



## MILTON J. SHAPP
*Governor*



### GOLD MEDALIST
### 4 X 100 METER RELAY TRACK

My warmest congratulations to you for your excellent performance in the 4 X 100 Meter Relay Competition in the XXI Olympic Games in Montreal.

As Gold Medalist in that Relay event, you have deservedly earned the respect and admiration of your fellow runners, all citizens of the Commonwealth, and indeed the peoples throughout the world. The dedication, skill and sportsmanship that you demonstrated will continue to inspire all future track competitors.

As Governor of the Commonwealth of Pennsylvania, I again extend my heartiest congratulations to you, along with my best wishes for a most happy and successful future.



*In Testimony Whereof, I have hereunto set my hand and affixed hereto the Seal of the Governor of Pennsylvania, this* __2nd__ *day of* __September__, *A.D. 19*__76__.

EXHIBIT D