PROCLAMATION

WHEREAS, it is appropriate for James City County to recognize individuals who distinguish themselves through their efforts and personal achievement; and

WHEREAS, Mr. Steven Riddick, a native of Newport News and formerly a student at Norfolk State College, was the 1972, 1973 and 1974 NCAA 100 Yard Dash National Champion, was the 1974 NCAA Division II 220 Yard Dash National Champion, was one of only three men in history to win four major NCAA championships, placed third in the United States Olympic Trials, and ran the anchor leg on the men's 4 x 100 meter relay in which he and his team won the Gold Medal in the 1976 Summer Olympic Games, thereby distinguishing themselves as the fastest team in this event in the world.

NOW, THEREFORE, I, Abram Frink, Jr., Chairman of the Board of Supervisors of James City County, Virginia, hereby proclaim that these achievements are exemplary and reflect the highest credit upon Mr. Riddick, Norfolk State College, the entire Tidewater and Peninsula area, and the Commonwealth of Virginia.

Abram Frink, Jr., Chairman
Board of Supervisors

ATTEST:

James B. Oliver, Jr.
Clerk to the Board



EXHIBIT
E