**RICHARD A. GEPHARDT**
3D DISTRICT, MISSOURI

WAYS AND MEANS COMMITTEE
BUDGET COMMITTEE

# CONGRESS OF THE UNITED STATES
## HOUSE OF REPRESENTATIVES
### WASHINGTON, D.C. 20515

WASHINGTON OFFICE:
248 CANNON HOUSE OFFICE BUILDING
WASHINGTON, D.C. 20515
PHONE: (202) 225-2671

DISTRICT OFFICE:
3470 HAMPTON AVENUE
ST. LOUIS, MISSOURI 63139
PHONE: (314) 351-5100

March 19, 1980

Mr. Steve Riddick
7601 Crittenden St.
Philadelphia, Pennsylvania 19118

Dear Mr. Riddick:

Recently I introduced in the House of Representatives legislation that would provide increased funding for the United States Olympic Committee by way of a check-off on the Federal income tax forms. Specifically, a box would be provided similar to the one that currently exists for the Presidential Election Campaign fund.

If approximately 30% of the population were to take advantage of this check-off procedure, the Olympic Committee would be provided with an extra $28 million per year; they currently exist on $52 million per four year budget.

My purpose in writing to you is two-fold. First, a number of members of the press have raised questions in the past as to the advisability of putting the increased funds that will be generated into the hands of the Olympic Committee,. Secondly, questions have also risen as to what these increased funds will be used for. I would greatly appreciate it if you would share your thoughts with me on these two points and if you have any additional views, please do not hesitate to include them as well.

My motivation in introducing this legislation has been prompted by the United States' pending boycott of the 1980 Summer Games. A boycott will seriously hurt the fund-raising ability of the Olympic Committee. If passed, this bill will make up for their decreased fund-raising capabilities and insure that funds will be available for 1984.

Ever since my childhood I have taken great interest in the Olympic games and our Olympic athletes as do most other Americans. I thoroughly admire your long and hard hours of practice and I hope that you are not disheartened by a boycott of the games. I look forward to hearing from you in the near future.

Yours very truly,

Dick Gephardt

Richard A. Gephardt
3rd District, Missouri

RAG/mw


EXHIBIT F