# NORFOLK SPORTS CLUB

– – ORGANIZED IN 1944 – –

## NORFOLK :: VIRGINIA

ADDRESS REPLY TO:
P.O. Box 1708
Norfolk, Virginia 23501

**OFFICERS - 1976**
BERTRAM S. NUSBAUM, JR., President
DONALD I. FENTRESS, First Vice President
SIDNEY N. ASKEW, JR., Second Vice President
RICHARD A. FRAIM, Secretary
RICHARD F. KIEFNER, JR., Treasurer
WILLIAM B. LITTON, Sergeant-at-Arms

**BOARD OF DIRECTORS**
THOMAS E. FRAIM, Ex Officio
HARRY R. BYBEE, III
HAROLD EDWARD COFFIN, JR.
FRANK JOSEPH HOOKS
DR. JAMES JARRETT
ALFRED E. KIRSHBAUM
CARTER J. LUCK
E. CARLTON MACON
PETER B. MARX
FRANCIS ROBERTSON NANCE
CHARLES W. SUGG

**PAST PRESIDENTS**
1975 THOMAS E. FRAIM
1974 FRANK S. ROBERTSON
1973 V. M. "BARNEY" ANNAS
1972 EDWARD E. CUNNINGHAM
1971 JACK B. PRINCE
1970 G. ELLIOTT SCHAUBACH, JR.
1969 ALFRED E. ABIOUNESS
1968 JOSEPH P. DAUGHTREY
1967 EDWARD W. STEPHENS
1966 MONTGOMERY KNIGHT, JR.
1965 JAMES M. KLINE
1964 ADOLPH W. VAETH, JR.
1963 CHARLES W. SUGG
1962 RUDOLPH E. TUCKER
1961 GEORGE N. BADRAN
1960 FREDERICK J. DEAN, JR.
1960 JULES HOLLANDER
*1959 E. T. PENZOLD, JR.
1958 L. RAWLINGS KEEFE
1957 THOMAS W. THOMPSON
1956 WINSTON H. IRWIN
*1955 JAMES G. PARKE
*1954 ELLIS L. LOVELESS
1953 JOHN T. GUPTON, JR.
1952 ALGY W. COHEN
1951 WILEY W. WOOD, JR.
1950 MAURY F. RIGANTO
*1949 PAUL M. FELTS
*1948 WILLIAM T. GREEN
1947 CLAUDE J. STAYLOR
1946 J. ROBERT BATES
*1945 TOM FERGUSSON
1944 WILLIAM K. DIEHL

September 10, 1976

Mr. Steve Riddick
Norfolk State College
Norfolk, Virginia 23504

Dear Steve:

The Norfolk Sports Club is pleased to be a part of Norfolk State's program to honor you.

Some of your past accomplishments have previously been noted to you by our club; but, the honor of a Gold Medal as an Olympic Performer bears special notice.

Track is your life, yet really it is just the spring board to the future. You have always been a winner; your training athletically and academically should now be well ingrained in you as a way of life. Stray not from this dedication and perseverance and continue to bring honors to yourself, your school and your community.

Sincerely yours,

Norfolk Sports Club

Bertram S. Nusbaum, Jr.
President

BSN/jap


EXHIBIT 6