

# CITY OF CHESAPEAKE

CHESAPEAKE, VIRGINIA

MARIAN P. WHITEHURST
MAYOR

September 10, 1976

Mr. Steve Riddick
Mr. Anthony Hall
Norfolk State College

Dear Messrs. Riddick and Hall,

    What a glorious privilege to have the opportunity to share in CONGRATULATIONS to two individuals who brought a special pride and faith to Tidewater during the XXI Olympiad. In behalf of all members of the Chesapeake City Council, the Administration and the citizens of Chesapeake, I extend a special THANK YOU to Mr. Steve Riddick, our Gold Medal Winner and Mr. Anthony Hall, our outstanding Javelin Thrower. We are grateful to the two of you for your contribution in the XXI Olympiad, and for your outstanding display of sportsmanship and shared enthusiasm, as very special American representatives in this great Bicentennial Year. Your actions and dedication make us acutely aware of our continued need for cooperation and participation of all citizens, as we move forward with the responsibility of building America.

    May God Bless each of you in all that you endeavor, and may God always Bless America.

Sincerely,

*Marian P. Whitehurst*

(Mrs.) Marian P. Whitehurst

bjc

EXHIBIT
H