## AWARDS and ACCOMPLISHMENTS

3 TIME CIAA CONFERENCE CHAMPION 100/200M

3 TIME NCAA DIV II 100/200M CHAMPION -CURRENT RECORD HOLDER

World University Gold Medalist 1973

Pam American Gold medalist 1975

Olympic Gold Medalist 1976

Athlete of the Year 1977

World Cup Gold Medalist 1977 - World record 4x 100m relay

World Cup Silver Medalist 1979

14 Time All American

Pennasula Hall of Fame

Hampton Roads African American hall Of Fame

Special Citations from the States of Pennsyvalia and Virginia

Highest Citizen award Hampton Virginia

Norfolk State University Sports Hall of Fame

Hampton High School Hall of Fame

3 Time Coach of the Year MEAC conference - 1998


EXHIBIT I