INTERNATIONAL SPORTS TRAINING ATHLETES 2006-07

Currently Coaching

MYRIAM MANI (Cameroon)

CHRIS BROWN ( Bahamas )

MARION JONES (Materninity) (USA)

TONIQUE WILLIAMS DARLING( injured) (Bahamas)

BRAIN LEWIS (USA)

Eric Ndri ( Ivory Coast )



EXHIBIT J