## Athletes coached
## 1995- Current

Andrea Cason- USA- Gold medalist
Chandra Strupp- Bahamas- Gold medalist
Aziz zakar- Ghana- African Champion- Olympic Finalist
Myriam Mani-Cameroon- African Champion- World Cup Bronze medalist
Brian Lewis- USA- Gold Medalist
Marion Jones – USA – Gold medalist
Tim Montgomery-USA- Gold Medalist
Chris Brown- Bahamas- Silver medalist
Ramon Clay- USA- World Championships
Deion Crabbe- British Virgin Islands
Francis Obikwelu- Portugal- Silver medalist, European Champion
Eric Ndri- Ivory Coast
Paul Tucker- Guyana- Olympian
Malcolm Watts- Guyana- Olympian
Joel Mascol- St. Vicente- Olympian
Tonique Williams Darling- Bahamas- Gold medalist



EXHIBIT
K