235 E. 95th Street
Apt. 11B
New York, NY 10128

September 9, 2007

Dear Judge Karas,

I am writing you regarding my relationship with Steve Riddick. I have had the privilege over the last 9 years of my life of being an athlete, mentee and friend to Steve Riddick. At age of thirteen I was introduced to Steve by a family friend and Olympic athlete in Nassau, Bahamas. Shortly after the introduction was made, Steve Riddick agreed to provide his services to my family and me as I had great ambition to become a professional athlete at the time. This relationship very quickly became much more than a business relationship. Steve Riddick and I soon became family.

Over the years, Steve has attended many of my family functions in Nassau, Bahamas. He has traveled with my family to many international competitions that I competed in around the world. Steve and I hold very frequent conversations with topics ranging from life shaping plans to a simple call to check on each other on that day. On many occasions I have stayed at Steve's house and we have spent hours together as he shared many stories of his past and we shared our respective plans for the future. We have attended church together and I have had the opportunity to spend tons of time with his family as well. Steve Riddick continues to play a very integral part in my life outside of athletics. He played a major role in my acceptance into the University of Pennsylvania and to me subsequently receiving a job in Investment Banking on Wall Street.

I write all of this to show the huge impact that Steve Riddick has had in my short but eventful life. I have had the opportunity to know not only Steve Riddick the star Olympic athlete and coach, but Steve Riddick the father, brother, and friend. I know him to be nothing but an honest, caring and trustworthy person. I can say with complete certainty that he is an extremely unselfish person, the type of person who never hesitates to help others to achieve their goals or simply to help someone that is in need. I have seen this displayed with people ranging from his close friends to complete strangers. I am sure that my sentiments are shared by all that have had the privilege of spending time with him to date.

Undoubtedly, Steve Riddick is one of the most honorable men that I know. In many ways he has shaped the person that I am today. Like my Father, he has instilled in me the many morals and values that he himself lives by. "Doing the right thing!" as he would always say has been at the center of my daily life from the day that we met. His generous spirit, strong spiritual connection, and positive outlook in life have also permeated my world and my attempt to imitate these values serve as a direct influence of his on my life.

EXHIBIT

235 E. 95th Street
Apt. 11B
New York, NY 10128

September 9, 2007

Dear Judge Karas,

I am writing you regarding my relationship with Steve Riddick. I have had the privilege over the last 9 years of my life of being an athlete, mentee and friend to Steve Riddick. At age of thirteen I was introduced to Steve by a family friend and Olympic athlete in Nassau, Bahamas. Shortly after the introduction was made, Steve Riddick agreed to provide his services to my family and me as I had great ambition to become a professional athlete at the time. This relationship very quickly became much more than a business relationship. Steve Riddick and I soon became family.

Over the years, Steve has attended many of my family functions in Nassau, Bahamas. He has traveled with my family to many international competitions that I competed in around the world. Steve and I hold very frequent conversations with topics ranging from life shaping plans to a simple call to check on each other on that day. On many occasions I have stayed at Steve's house and we have spent hours together as he shared many stories of his past and we shared our respective plans for the future. We have attended church together and I have had the opportunity to spend tons of time with his family as well. Steve Riddick continues to play a very integral part in my life outside of athletics. He played a major role in my acceptance into the University of Pennsylvania and to me subsequently receiving a job in Investment Banking on Wall Street.

I write all of this to show the huge impact that Steve Riddick has had in my short but eventful life. I have had the opportunity to know not only Steve Riddick the star Olympic athlete and coach, but Steve Riddick the father, brother, and friend. I know him to be nothing but an honest, caring and trustworthy person. I can say with complete certainty that he is an extremely unselfish person, the type of person who never hesitates to help others to achieve their goals or simply to help someone that is in need. I have seen this displayed with people ranging from his close friends to complete strangers. I am sure that my sentiments are shared by all that have had the privilege of spending time with him to date.

Undoubtedly, Steve Riddick is one of the most honorable men that I know. In many ways he has shaped the person that I am today. Like my Father, he has instilled in me the many morals and values that he himself lives by. "Doing the right thing!" as he would always say has been at the center of my daily life from the day that we met. His generous spirit, strong spiritual connection, and positive outlook in life have also permeated my world and my attempt to imitate these values serve as a direct influence of his on my life.

EXHIBIT L

It is my hope that all of the good that I have seen Steve Riddick exemplify will be rewarded in the ensuing years of his life.

Sincerely yours,

Grafton O. Ifill III