12th September, 2007

Tonique Williams-Darling
228 Bailey Park Drive,
Hampton, VA 23669

Dear Judge Karas,

**Ref: Steven Earl Riddick**

Steve Riddick has been my coach for the past five years. Under coach Riddick's brilliant training I have successfully obtained the Olympic and World titles in track and field. Steve's intellect and capabilities as a coach extend from his background and experience as an Olympic and world class athlete himself combined with his dedication, passion, enthusiasm and genuine love not only for the sport but for the athletes that he coach as well. Steve is definitely one of the premier coaches of this time.

Since then, I have come to know Steve in several other capacities. I have come to rely on Steve as a mentor and advisor, partner, and friend. Steve has been instrumental in building and guiding my career. For myself and many of his others athletes he has been a constant friend. Steve is always someone who lends a helping hand to those in need. He is a selfless, loyal, caring and personable individual whom aims to please anyone that he considers a friend.

One of my fondest memories of Steve was in 2004 in Athens, Greece, at 3 am after my Olympic race. I finally had a quiet moment to reflect on all the hard work and sacrifice that goes into that one moment and the journey that had gotten Steve and me to that place. I turned to Steve and asked if he was happy. He simply commented that he was happy for me and my mother. After all his contribution, hard work and devotion Steve wanted no recognition for his part in our success. I don't agree with Steve. That moment for me was about all the people that had helped to get me to that point. If I had to make a list of those people his name would be at the top. Steve Riddick has helped to change my life in so many positive ways.

Sincerely,

*[signature]*

Tonique Williams-Darling

EXHIBIT m