Letter of Support for Steve Riddick

September 15, 2007

Judge Karas:

My Name is Myriam Mani, born in Cameroon Central Africa. when I was a little girl, my dream was to come to the United States to continue in sport and education. When the opportunity came I was lucky, happily, and fortunate. I know that coming to the United States was a good life time deal. When I arrived, I didn't speak the language; French was the only language I could speak. Then I meet Coach Steve, late who became my adopted Dad, my coach, and my Mentor.

Today, it's my opportunity, and honor to write this letter on his behalf. When I arrived in the United States, I had a hard time to adapt to the life style. Financially, I was also having a hard time. Steve was the one who was helping me. Coming from Cameroon, my best time was 11'70 seconds and 23'30 seconds, a couple years after training with him I ran my best 10'98 in 100m and 22'41 in 200m dash. That put me in the top level of females in the world. Later I became African Champion in both events. Two bronze Medals at the world cup, Grand prix wining, semi final in both events at the Olympic came, and finalist in 200m at the world Championship.

My country is known for soccer, they never knew they could have and athlete, running in the top level, I had been received by my Republic President and the First lady, and given the high honor medal in the country. I became roll model for young kids in my country in Africa. Without Coach Riddick I don't think my life will be successful. One thing with coach Riddick, he loves people no matter where you are coming from, white, Black, Yellow. Coach is a very Passionate person, he enjoys coaching, he loves to help young people. His dreams is to see his athletes do good even after running, to be able to help the society.

Here I'm in the United Stated, a country of my dream and many people dream, I can strongly say that my country is proud of me today , because Steve, if was not for him, I would never run in the 10 top faster running woman in history in track and 100m dash.

Thanks
Myriam
Mani



EXHIBIT
N



Myriam Mani                                                                 xxx





Myriam Mani of Cameroon clocked 22.93 to win the women's 200m final