Letter of Support for Mr. Steven Riddick

September 9, 2007

    I have known Steven Riddick for approximately eight years. Mr. Riddick and I first became acquainted when Norfolk State University's (NSU) track team initiated my recruitment (as an athlete) to the school's team. Upon my arrival and joining of the NSU track team (spring semester 1999), Mr. Riddick affectionately became known as Coach Riddick (NSU's Head Coach at the time). I trained under him at the college level and ultimately, at the professional level in which I am currently. Coach Riddick has been coaching me in a professional capacity for about three years. Within these three years I have risen to new heights in my career by becoming a 400 m finalist in the 2005 World Championship Games (Helsinki, Finland), winning a bronze medal in the 2006 World Indoor Championship Games (Moscow, Russia), a two-time gold medalist in the 400m/4 x 400 m relay in the recent 2007 Pan American Games (held in Rio de Janeiro, Brazil). Despite his absence at this year's World Championship Games in Osaka, Japan I also received a 4th place finish in the 400 m with a personal best time of 44.45, which tied the Bahamas' national record (44.45). With the upcoming 2008 Summer Olympics in Beijing, China I am looking forward to making the podium under his leadership. Based on the brief history provided here, it is to no surprise that through the course of our coach-athlete relationship, we have also become friends.

    Coach Steve Riddick is and has been a great motivational force for me both personally and professionally in my career as an athlete. He consistently holds visions for me, allows me to set goals, directing and encouraging me to reach those goals. His sharing of past personal and career experiences and the tenacity he has demonstrated also enhances his ability to motivate others. Coach Riddick has provided me a support system in a "home" away from home, always having an open door and extending welcome. He serves me as a coach, an administrator (when needed), a mentor, a "father"-figure, and a friend. Also known to be a very giving person, Coach Riddick's one fault may be his passion for giving and helping others. Many times he does not know where to draw the line, which has often ended in persons taking advantage of him. Ultimately, he has outstanding leadership abilities, a tough, yet effective coaching style, and great belief in his athletes and their abilities. However; it is upon getting to know Coach Riddick in speaking and working with him will one understand the full extent of his dynamic character.

    In writing this letter, I hope to have established and expressed my support for Mr. "Coach" Steven Riddick.

Sincerely,

Mr. Christopher Brown
Track and Field
400 m/4 x 400 m Specialist
Bahamas


EXHIBIT O

