Jean Woodley
424 W. Upsal Street
Philadelphia, Pennsylvania 19119
215-844-2362
jean.woodley@verizon.net

Dear Judge Karas:

Thank you for this opportunity to write a statement of support for my friend Steve Riddick. I have known Steve for over thirty years. Initially, I thought that Steve was just another one of the talented athletes that my late husband Alex Woodley coached in the sport of track and field during the 1970's. On the other hand, my husband was very quick to identify and comment to me on Steve's upstanding character, strong work ethic, positive outlook, and his ability to set and achieve goals in his athletic and in his personal life. Soon, Steve became a close friend to my husband and to me as well. I came to especially admire Steve's quiet and gentle demeanor and his calm, reassuring manner. I could only describe him as a true gentleman.

I think that Steve is a man of compassion and kindness who responds to the needs of others; he always seems ready to extend a hand to help someone else - sometimes at high cost to himself. For example, I clearly remember visiting Steve in the hospital after his foot was seriously injured during an accident which occurred while he was assisting an elderly neighbor of mine in Philadelphia. Remarkably, I never heard Steve complain about the pain or about the severe and permanent damage caused to his foot although here was a man who had been an Olympian sprinter.

As I witnessed Steve's interactions with various family members, friends, teammates and others, I came to see that his words and deeds were trustworthy. During the last year of his life, my husband said many times that he and I could "count on Steve" and that Steve would be "right here when we need him" and, as it turned out, that has indeed been the case. I have come to know that my husband was completely right about Steve from the very start. Without a doubt, Steve Riddick is an extraordinary man who has helped many people in many different ways. I am proud and grateful to have him as a friend.

Sincerely yours,

Jean Woodley


EXHIBIT
P

