# HAMPTON UNIVERSITY
HAMPTON, VIRGINIA 23668

DEPARTMENT OF ATHLETICS
(757) 727-5641

July 16, 2007

To Judge Karas:

Dear Sir/Madam:

   It is with great pleasure that I write this professional letter of reference on behalf of Mr. Steven Riddick. I have known Mr. Riddick for over ten as a coach, a mentor, and as a friend. In fact, Mr. Riddick was one of my track coaches at Norfolk State University, and since then he has become my mentor as I strive to continue to be a successful professional track & field coach. Consequently, this letter results from first-hand knowledge of Mr. Riddick and of my professional assessment of his dedication to his profession, and his professional approach in regards to fulfilling his professional responsibilities.

   I am Maurice Pierce; Head Women's Track & Field Coach and Physical Education Instructor at Hampton University. My reason for sharing with you the above mentioned information is for information purposes only and to apprise you of my credentials that enable me to comment on Mr. Riddick.

   Mr. Riddick is a man of outstanding character and integrity. He has given so much to the sport of track & field as an Olympic Gold Medalist and now as a coach of World Class Sprinters and Developmental Athletes. He is respected among his peers for his many contributions to his Alma Mater; Norfolk State University, the city of Hampton, Virginia, Africa, and many European Countries. What he has done over his life time in his profession is note worthy to the highest degree.

   I strongly believe that Mr. Steve Riddick is a great man who has and will continue to give young people the opportunity to succeed in life.

Respectfully,

*Maurice Pierce*

Maurice J. Pierce
Head Women's Track & Field Coach
Hampton University
(757) 727-5724
Maurice.pierce@hamptonu.edu



EXHIBIT

HAMPTON INSTITUTE
THE UNDERGRADUATE COLLEGE  •  GRADUATE COLLEGE  •  COLLEGE OF CONTINUING EDUCATION

**Head Coach** Maurice Pierce
Norfolk State, '96

