AZIZ ZAKARI,
810 DORA COURT,
VIRGINIA BEACH, VA -23462.

Dear Judge Karas,

My name is Aziz Zakari a professional athlete (Track and Fields) from Ghana west-Africa. I came to this country in 1996 to farther my education and as well as my career. I met (my coach) Mr. Steve Riddick during the 1996 summer Olympic games in Atlanta; and ever since then, me and Mr. Riddick are not only Athlete and coach but he is like father figure to me.

I am not the only person or athlete that was influence by Mr. Riddick, but to all the rest of the athlete that grow up and still training under him can tell you how good he is to us. Mr. Riddick is a family man that every one wants to be around him. I learn a lot from him and he thought me how to be a man and he always there to hear and support when we need him.

Mr. Riddick is a very caring, good, understanding and fun person to be around and I am very happy to have him in my life.

For the passed 8years we be traveling all around the world together and those who knows him during his running days always says good things about him.

Mr. Riddick has help me in my entering life for what I am doing for leaving. And thanks to Mr. Riddick, not only here in U.S.A but all over the world knows me when they seems or heard my name.

My (coach) Mr. Riddick has help and trained athletes each and individual to be great and achieve what they want in their life and that's kind of Mr. Riddick I know and not what I am hearing.

Your Honor, this is one of unfortunately that happy to him, And as a human been we all make a mistake in life even-though we always trying to avoid it. And on behalf of me and my team mates and all the love one who knows Mr. Riddick; we are on our knee begging you to look at this matter and I am sure some one has to put him in these position, please, please.

Yours Sincerely,

AZIZ ZAKARI
Ghana.

EXHIBIT R

- Arktika uuringud
- Järjeromaan KOHT
- Jäätmekäitlus
- Euroopa Liidu uudised
- Postimehe Malev
- Eesti kroon 15
- Seiklejate blogi
- Majandaja
- Poliitika
- Eurovisioon 2007
- Festival Koolitants
- Anekdoodivõistlus
- Eurolaul 2007
- Meeleheitel koduperenaised
- Vaata kõiki



Aziz Zakari
Foto: AFP

Kas soovitad fotot teistele lugejatele?

 

- Postimees Online
- Postimees
- Vabad töökohad

- Eesti
- Tallinn
- Tartu Postimees
- Arvamus
- AK
- Majandus
- Välismaa
- Sport
- Kultuur
- Lisad
  - Suvi