# JOB INVOICE

2 PART

Job
Massimo BLDG

| | | | |
|---|---|---|---|
| **DATE ORDERED** 11/16/04 | | **ORDER TAKEN BY** Chris | (charge) |
| **PHONE NO** | | **CUSTOMER ORDER #** | |
| **JOB LOCATION** | | | Billing |
| **JOB PHONE** | | **STARTING DATE** 11/16/04 | |
| **TERMS** 10 months | | | |

**TO** First Lending Mortgage Corp
**ADDRESS** Hillside Avenue
New York
**ATTENTION** Winston Shillingford

| QTY | MATERIAL | UNIT | AMOUNT | DESCRIPTION OF WORK |
|---|---|---|---|---|
| 20 | Credit Services Personal Accounts | | $67,400 | Repair to clear credit report to be able to get a mortgage |
| 5 | Business (DBA) Services Credit Reports | | | |

MISCELLANEOUS CHARGES

included in total price

Paid in Full by Check (Company CK)

| LABOR | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Total price | | | |

**WORK ORDERED BY** Winston Shillingford
**DATE ORDERED** 11/16/04
**DATE COMPLETED** 3/16/05

**CUSTOMER APPROVAL SIGNATURE**
**AUTHORIZED SIGNATURE**

adams NC2817
MADE IN USA

| | |
|---|---|
| TOTAL LABOR | 87,400.00 |
| TOTAL MATERIALS | |
| TOTAL MISCELLANEOUS | |
| SUBTOTAL | |
| TAX | |
| GRAND TOTAL | 87,400.00 |

**JOB INVOICE**

GOVERNMENT EXHIBIT
402
06-Cr. 832 (KTD)
(ID)

# JOB INVOICE

| | DATE ORDERED | ORDER TAKEN BY |
|---|---|---|
| | 11/27/04 | Manager |

TO: Christopher Owens (Ceo)

ADDRESS: Richmond Va 23227

| PHONE NO. | CUSTOMER ORDER # |
|---|---|
| 804 343 0093 | Sasha |
| JOB LOCATION | |
| 804 343 0093 | 12/1/04 |
| JOB PHONE | STARTING DATE |
| | 11/27/04 |

ATTENTION: Paid in Full (Company) 

TERMS: 6 months

| QTY. | MATERIAL | UNIT | AMOUNT | DESCRIPTION OF WORK |
|---|---|---|---|---|
| 3 | business Super market Credit Services w/employees (total # 95 people) | | $15,000.00 | Repair Credit reports Personal and business (help to Est new credit fo. business + Personal |
| 5 | locations R+S Stores Credit Service With managers and employees total # 150 Clients | | $60,000 | **MISCELLANEOUS CHARGES** Clis Counted |
| 15 | Personal Files for Credit Services the Owner of above Companies | | $85000.0 | **LABOR** | HRS. | RATE | AMOUNT Flat Rates for Commercial Accounts. |
| * | Order Total $160,000.00 | | | |

WORK ORDERED BY: Manager (C. Owens)

DATE ORDERED: 11/27/04

DATE COMPLETED: 5/27/05

CUSTOMER APPROVAL SIGNATURE:

AUTHORIZED SIGNATURE:

| | |
|---|---|
| TOTAL LABOR | 160 00 |
| TOTAL MATERIALS | |
| TOTAL MISCELLANEOUS | |
| SUBTOTAL | |
| TAX | |
| GRAND TOTAL | 160 000 |

NC2817
MADE IN USA

**JOB INVOICE**