

# Davis & Hoss, PC
### ATTORNEYS AT LAW

C. Leland Davis
lee@davis-hoss.com

Bryan H. Hoss
bryan@davis-hoss.com

December 7, 2007

**MEMO ENDORSED**

**Via:   Facsimile #(914) 390-4152 & U.S. Mail**
The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street—Room 533
White Plains, NY 10601

**Re:   United States of America vs. Steven Earl Riddick, _et al._**
Docket No. 1:05-cv-1067 KMK

Dear Judge Karas:

Please accept this letter as a Motion to Withdraw as counsel for Steven Riddick following his sentencing currently set for December 12, 2007. I have had extensive discussions regarding this application with my client, Steve Riddick. I also discussed this Motion with Danya Perry prior to filing. I have attached to this application a financial affidavit signed by Mr. Riddick as Exhibit A.

As grounds, counsel would show that he was originally retained for the jury trial only and since the jury's verdict, the Defendant's business of coaching professional athletes has suffered substantially. He is presently without sufficient financial resources to retain counsel on appeal or pay for the costs of appeal such as transcripts. Riddick's financial affidavit indicates that he is indigent.

In light of his indigency and inability to retain counsel on appeal, the Defendant respectfully requests the Court to appoint counsel for the Defendant following his sentencing on December 12, 2007.

_Application granted. Mr. Hoss has the thanks of the court for his work, and an open invitation to appear any time again._

Sincerely,

DAVIS & HOSS, PC

Bryan H. Hoss

BHH:kb
cc: Danya Perry, AUSA

SO ORDERED

KENNETH M. KARAS U.S.D.J.
12/11/07

**USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____**

508 E. 5th Street   •   Chattanooga, Tennessee 37403   •   phone (423) 266-0605   •   fax (423) 266-0687   www.davis-hoss.com

Licensed in Tennessee and Georgia
State and Federal Courts

| IN UNITED STATES | ☐ MAGISTRATE | ☑ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE OF

| U.S. | v.s | Steven Riddick | FOR | | LOCATION NUMBER |
|---|---|---|---|---|---|
| | | | AT | | |

PERSON REPRESENTED (Show your full name)

▶ Steven Riddick

| | DOCKET NUMBERS |
|---|---|
| 1 ☑ Defendant—Adult | Magistrate |
| 2 ☐ Defendant - Juvenile | |
| 3 ☐ Appellant | District Court |
| 4 ☐ Probation Violator | 1:05-cv-1067 |
| 5 ☐ Parole Violator | Court of Appeals |
| 6 ☐ Habeas Petitioner | |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other | |

CHARGE/OFFENSE (Describe if applicable & check box →)    ☑ Felony    ☐ Misdemeanor

Bank Fraud

**EMPLOYMENT**

Are you now employed? ☐ Yes    ☐ No    ☑ Am Self-Employed

Name and address of employer: International Sports Trading Fw

IF YES, how much do you earn per month? $ 1,400.00 /mo

IF NO, give month and year of last employment ∅
How much did you earn per month? $

If married is your Spouse employed?    ☑ Yes    ☐ No

IF YES, how much does your Spouse earn per month? $ 3,500.00 Gross

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?    ☐ Yes    ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES    RECEIVED $ _____    SOURCES N/A

**CASH**

Have you any cash on hand or money in savings or checking accounts?    ☐ Yes    ☑ No    IF YES, state total amount $

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?    ☑ Yes    ☐ No

IF YES, GIVE THE VALUE AND DESCRIBE IT    VALUE $ 356,000.00    DESCRIPTION My Home - Have a Mortgage - 4 months behind

**OBLIGATIONS & DEBTS**

| MARITAL STATUS | Total No. of Dependents | List persons you actually support and your relationship to them |
|---|---|---|

**DEPENDENTS**
☐ SINGLE
☑ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payment |
|---|---|---|---|
| Home | HSBC | $ 356,000.00 | $ 2,734.00 |
| Credit Card | Primacure | $ 600.00 | $ 145.00 |
| Repaired Car | H. Morse Guns | $ 9,670.00 | $ 285.00 |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) Dec. 4, 2007

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Steven E. Riddick



EXHIBIT
A