## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **DOCKET NO. 1:05-cr-1067 KMK** |
| **v.** | * | |
| | * | **JUDGE KARAS** |
| **STEVEN EARL RIDDICK,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

### NOTICE OF FILING ADDITIONAL EXHIBIT TO OBJECTION #2 TO PSR

COMES NOW, the Defendant, Steven Riddick, by and through counsel and hereby gives notice of filing an additional exhibit to his objections to the PSR. This additional exhibit applies only to Steven Riddick's objection #2 to the PSR only and is attached hereto and labeled as exhibit "A."

Respectfully submitted,

**DAVIS & HOSS, PC**

By: s/Bryan H. Hoss
    **Bryan H. Hoss, TN BPR #021529**
ATTORNEY FOR STEVE RIDDICK
508 East 5th Street
Chattanooga, Tennessee 37403
423-266-0605 – Telephone
423-266-0687 – Facsimile

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

This the 27th day of December, 2007.

s/Bryan H. Hoss