**WARRANT** OF **ARREST–MISDEMEANOR (LOCAL)**   VA. CODE §§ 19.2-71, 72

Hampton-Traffic C
CITY OR COUNTY

☐ General District Court  ☐ Criminal  ☒ Traffic
☐ Juvenile and Domestic Relations District Court

**TO ANY AUTHORIZED OFFICER:**

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 05/04/2004 did unlawfully in violation of Section 1-12, Code or Ordinances of this city, county, or town: **fail and refuse to appear in Hampton General District Court.**

Re TC4-10006 Susp OL

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Agency Code: 111    HON. C. EDWARD KNIGHT, III, JUDGE , Complainant.

Execution by summons ☐ permitted at officer's discretion. ☒ not permitted

05/05/2004    08:24 AM
DATE AND TIME ISSUED

Philip Spratley, III, Magistrate
☐ CLERK  ☒ MAGISTRATE  ☐ JUDGE

**SUMMONS** (If authorized above and by serving officer)
You are hereby commanded to appear before this Court located at...

on 12-6-07 ____ AM/PM
DATE                CLERK/DEPUTY CLERK

I promise to appear in accordance with this Summons and certify that my mailing address as shown at right is correct.

_____
ACCUSED

**WARNING TO ACCUSED:** You may be tried and convicted in your absence if you fail to appear in response to this Summons. Willful failure to appear is a separate offense.
SIGNING THIS NOTICE DOES NOT CONSTITUTE AN ADMISSION OF GUILT.

**MISD. FTA**

FORM DC-315 9/94 PC   (114-3-010 4/03)

---

CASE NO. ____ 019555

ACCUSED:
**RIDDICK, STEVEN E.**
LAST NAME, FIRST NAME, MIDDLE NAME
**205 HARBOR DR.**
ADDRESS/LOCATION
**HAMPTON, VA. 23661**
~~9 OWL CREEK CT.~~
~~HAMPTON, VA. 23669~~

To be completed upon service as Summons

Mailing address ☐ Same as above  57000

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN MO | DAY | YR | HT FT | IN | WGT | EYES | HAIR |
|------|-----|---------|-----|-----|-------|----|----|------|------|
| B | M | 09 | 18 | 51 | 6 | 04 | 200 | BR | BK |

SSN: 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

☒ CITY  ☐ COUNTY  ☐ TOWN of
Hampton-Traffic C

**WARRANT** OF **ARREST**
CLASS    1    **MISDEMEANOR**

☒ EXECUTED by arresting the Accused named above on this day:
☐ EXECUTED by summoning the Accused named above on this day:
☐ For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

05-18-04   2100
DATE AND TIME OF SERVICE

P. FELDER , ARRESTING OFFICER

417 HPD  VA110000
BADGE NO., AGENCY AND JURISDICTION

for _____
SHERIFF

Attorney for the Accused:

---

HEARING DATE AND TIME
Bond hearing
06/01/2004
08:30 AM

EXHIBIT 4

War/Sum
65SGT-HM20410695

The Accused was this day:
- [ ] tried in absence
- [X] present

[ ] PROSECUTING ATTORNEY PRESENT (NAME)

[ ] DEFENDANT'S ATTORNEY PRESENT (NAME)

- [ ] NO ATTORNEY
- [X] ATTORNEY WAIVED
- [ ] If convicted, no jail sentence will be imposed

[ ] Translator/Interpreter present:

_____ NAME

Plea of Accused:
- [ ] not guilty  [ ] witnesses sworn
- [ ] nolo contendere
- [X] guilty
- [ ] Plea Bargain  [ ] Plea and Recommendation

And was TRIED and FOUND by me:
- [ ] not guilty
- [X] guilty as charged
- [ ] guilty of _____
- [ ] facts sufficient to find guilt but defer adjudication/disposition and place accused on probation, §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2. Costs imposed upon defendant.

And was FOUND by me to be:
- [ ] driving a commercial motor vehicle
- [ ] carrying hazardous materials

[ ] I ORDER a nolle prosequi on prosecution's motion

[ ] I ORDER the charge dismissed
- [ ] conditioned upon payment of costs (accord and satisfaction), § 19.2-151
- [ ] conditioned upon payment of costs and successful completion of traffic school § 16.1-69.48:1
- [ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.

6/1/04   DATE

FORM DC-315 (REVERSE) REVISED 7/03

I impose the following Sentence:

- [X] FINE [ ] CIVIL PENALTY of $ 25
  with $ _____ suspended
- [ ] JAIL sentence of _____ imposed
  with _____ suspended
  conditioned upon being of good behavior and keeping the peace, and paying fines and costs. Pursuant to § 53.1-187, credit is granted for pre-trial detention.
- [ ] Serve jail sentence beginning _____
  - [ ] on weekends only
- [ ] Work release  [ ] authorized if eligible  [ ] required
  [ ] not authorized
- [ ] Public Workforce Authorized
- [ ] on PROBATION for _____
  - [ ] VASAP [ ] local community-based probation program
- [ ] DRIVER'S LICENSE suspended _____
- [ ] Restricted Driver's License per attached order
  [ ] Ignition Interlock for _____
- [ ] RESTITUTION of $ _____
  due by _____ payable to _____
  with interest thereon from _____
  [ ] as condition of suspended sentence
- [ ] _____ hours of community service to be performed for _____
  [ ] to be credited against fines and costs
- [ ] Contact prohibited between defendant and victim/victim's family or household members
- [ ] Other: _____
- [ ] Reimburse Commonwealth for investigatory medical fees
- [ ] Bail on Appeal $ _____
- [ ] Remanded for CCRE Report

DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTION ARE NOT PAID. Va. Code § 46.2-395

_____ JUDGE

| Code | Description | Amount |
|---|---|---|
| | FINE | $ 25 |
| | LOCALITY | |
| | **COSTS** | |
| 223 | LIQUIDATED DAMAGES | |
| 461 | FIXED MISD FEE | 59 |
| 462 | FIXED DRUG MISD FEE | |
| 113 | WITNESS FEE | |
| 113 | IGNITION INTERLOCK | |
| 113 | DUI FEE | |
| 113 | | |
| 121 | TRIAL IN ABSENCE FEE | |
| 133 | BLOOD TEST FEE | |
| 137 | TIME TO PAY | 10 |
| 202 | WITNESS FEE | |
| 217 | CT. APPT. ATTY | |
| 234 | JAIL ADMISSION FEE | |
| 243 | LOCAL TRAINING ACADEMY FEE | |
| 244 | COURTHOUSE SECURITY FEE | 5 |
| | OTHER (SPECIFY): | |
| | **TOTAL** | $ 99 |

...AT THE DOCUMENT, TO WHICH THIS...
...A TRUE COPY OF A RECORD IN...
...RICT COURT, THAT I HAVE...
AND THAT I AM THE CUSTODIAN...

12-6-07   DATE