

C. Leland Davis
lee@davis-hoss.com

Davis & Hoss, PC
ATTORNEYS AT LAW

Bryan H. Hoss
bryan@davis-hoss.com

**MEMO ENDORSED**

December 27, 2007

DEC 27 2007

By Fax: 914-390-4152 & U.S. Mail
Hon. Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

    Re: *USA v. Steven Riddick*, Docket no. S4 05 Cr. 1067 (KMK)

Dear Judge Karas:

I am hereby applying for Court authorization to pay the Southern District Reporters for transcribing three days of the trial. After transcribing the first three days of trial, I finally received a quote from the Reporters for $13,000 for the entire trial. I subsequently terminated their services and received this bill that is currently outstanding for $3,896.28. I had hoped that money would be available for these services, but, as the court knows from my prior application, my client cannot afford to pay for these services. I have attached his financial affidavit as exhibit "A." I have attached the reporters' bill for $3896.28 as exhibit "B." In any event, I ask the Court to provide for payment of these services pursuant to the Criminal Justice Act.

I have enclosed a CJA 24 voucher, in the event that the court grants this application as Exhibit "C."

                                Sincerely,

                                Bryan H. Hoss
                                Davis & Hoss P.C.

*[Handwritten endorsement:]* Application denied. At the time the transcription services were ordered, Mr. Riddick did not qualify for CJA counsel.

SO ORDERED
KENNETH M. KARAS U.S.D.J.
12/27/07

BHH/jt
Enclosures
CC: DANYA PERRY

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE F____

508 E. 5th Street • Chattanooga, Tennessee 37403 • phone (423) 266-0605 • fax (423) 266-0687 • www.davis-hoss.com

Licensed in Tennessee and Georgia
State and Federal Courts

Dec 05 07 05:14a  Steve Riddick                              7572730420              p.2
Dec 04 2007 1:56PM  HP LASERJET FAX                                                  P.3

### IN THE CASE OF
**U.S. vs Steven Riddick**

FOR / AT: ____

**PERSON REPRESENTED:** Steven Riddick

- [x] 1. Defendant — Adult
- [ ] 2. Defendant — Juvenile
- [ ] 3. Appellant
- [ ] 4. Probation Violator
- [ ] 5. Parole Violator
- [ ] 6. Habeas Petitioner
- [ ] 7. 2255 Petitioner
- [ ] 8. Material Witness
- [ ] 9. Other

**DOCKET NUMBERS**
District Court: 1:05-cv-1067

**CHARGE/OFFENSE:** Bank Fraud  [x] Felony  [ ] Misdemeanor

---

**EMPLOYMENT**

Are you now employed? [ ] Yes  [ ] No  [x] Am Self-Employed
Name and address of employer: International Sports Training Inc
IF YES, how much do you earn per month? $ 1,400.00 p/mo
IF NO, give month and year of last employment: ____  How much did you earn per month? $ ____

If married is your Spouse employed? [x] Yes  [ ] No
IF YES, how much does your Spouse earn per month? $ 3,000 Gross
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**OTHER INCOME / ASSETS**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? [ ] Yes [x] No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking accounts? [ ] Yes [x] No  IF YES, state total amount $ ____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? [x] Yes [ ] No
IF YES, GIVE THE VALUE AND DESCRIBE IT: $ 356,000 — My Home — Have a Mortgage — 4 months behind

**MARITAL STATUS:** [x] Married  [ ] Single  [ ] Widowed  [ ] Separated or Divorced

**DEPENDENTS:** Total No. of Dependents: ____

**OBLIGATIONS & DEBTS**

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payment |
|---|---|---|---|
| Home | HSBC | $356,000.00 | $2,734.00 |
| Credit Card | Fairmount Bk | 605.00 | 605.00 |
| Loans | H. Morris (Uncle) | 9,670.00 | 285.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): Dec 4, 2007

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED):** /s/ Steven E. Riddick


EXHIBIT A

## SOUTHERN DISTRICT REPORTERS P.C.
500 Pearl St, Room 330
New York, N.Y. 10007
(212) 805-0300

## STATEMENT OF ACCOUNTS
As of May 01, 2007

**Davis & Hoss**  
508 E. 5th Street  
Chatanooga, TN  37403  
Tel. No. 423-309-4674

Customer Number     1020564

| Docket No. Invoice Date | Invoice No. | Case Name | Debit | Credit | Invoice Balance |
|---|---|---|---|---|---|
| **05CR01067** | | **U.S. V SHYNE, DOUGLAS** | | | |
| 4/16/2007 | 0087213-IN | INVOICE | 882.28 | | 882.28 |
| 4/20/2007 | 0087462-IN | INVOICE | 1,463.16 | | 2,345.44 |
| 4/20/2007 | 0087465-IN | INVOICE | 1,550.84 | | 3,896.28 |
| | | | **Case Total** | | **3,896.28** |

| | | | | TOTAL | $3,896.28 |
|---|---|---|---|---|---|
| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | |
| 3,896.28 | 0.00 | 0.00 | 0.00 | 0.00 | $3,896.28 |

1

WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER CARDS


EXHIBIT B

CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 12/03)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED<br>Steven Riddick | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>S4 05 CR 1067 (KMK) | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF (Case Name)<br>USA v. Steven Riddick | 8. PAYMENT CATEGORY<br>☑ Felony   ☐ Petty Offense<br>☐ Misdemeanor   ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>☑ Adult Defendant   ☐ Appellant<br>☐ Juvenile Defendant   ☐ Appellee<br>☐ Other | 10. REPRESENTATION TYPE<br>(See Instructions)<br>CC | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
Conspiracy to Commit Bank Fraud, Bank Fraud, Money Laundering

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
Trial

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
Trial

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A. Apportioned Cost _____ % of transcript with (Give case name and defendant)

B. ☐ Expedited   ☐ Daily   ☐ Hourly Transcript   ☐ Realtime Unedited Transcript

C. ☐ Prosecution Opening Statement   ☐ Prosecution Argument   ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement   ☐ Defense Argument   ☐ Voir Dire   ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

_Signature of Attorney_  12/20/07

Bryan H. Hoss
Printed Name
Telephone Number: (423) 266-0605
☐ Panel Attorney   ☑ Retained Attorney   ☐ Pro-Se   ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

_Signature of Presiding Judge or By Order of the Court_

Date of Order    Nunc Pro Tunc Date

17. COURT REPORTER/TRANSCRIBER STATUS
☑ Official   ☐ Contract   ☐ Transcriber   ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS
Southern District Reporters
500 Pearl Street, Room 330, New York, NY 10007

Telephone Number: (212) 805-0300

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | $0.00 | | $0.00 |
| Copy | | | | $0.00 | | $0.00 |
| Expense (Itemize) | | | | | | |
| | | | TOTAL AMOUNT CLAIMED: | | | $0.00 |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____    Date _____

22. CERTIFICATION OF ATTORNEY OR CLERK. I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk _____    Date _____

23. APPROVED FOR PAYMENT    24. AMOUNT APPROVED

Signature of Judge or Clerk of Court _____    Date _____

EXHIBIT