UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | *    **DOCKET NO. 1:05-cr-1067 KMK** |
| v. | * |
| | *    **JUDGE KARAS** |
| **STEVEN EARL RIDDICK,** | * |
| | * |
| Defendant. | * |
| | * |

**MOTION TO APPEAL IN FORMA PAUPERIS**

COMES NOW the Defendant, Steven Riddick, pursuant to Rule 24(a)(1) of the *Federal Rules of Appellate Procedure* and hereby desires to appeal in forma pauperis. In support of this motion, he has attached form four (4) of the appendix of forms, attached hereto as exhibit "A," showing his inability to pay or give security for the fees and costs. In addition, he has previously shown that he is indigent and has made an oral motion before the court that he intends to appeal and present various issues on appeal. Without waiving any issues formally raised at the trial or sentencing of the Defendant pursuant to Rule 24(a)(1)(C), Riddick intends to raise the following issues on appeal:

1. That the trial court erred by not granting his motion to sever;

2. That the trial court erred in denying his motion to suppress his confession;

3. That the trial court impermissibly allowed non-testifying co-conspirator statements pursuant to Fed. R. Evid. 801(d)(2)(E);

4. That there was insufficient evidence to convict the Defendant;

5. That the trial court erred in denying his motion for a new trial regarding Natasha Singh's perjury;

6. The Defendant reserves the right to allege additional issues upon his appeal;

WHEREFORE PREMISES CONSIDERED, the Defendant moves the District Court to grant this application and allow Mr. Riddick to proceed on appeal without giving security for the fees and costs.

**RESPECTFULLY SUBMITTED,**

**DAVIS & HOSS P.C.**

s/Bryan H. Hoss_____
Bryan H. Hoss, BPR#021529
508 E. 5th Street
Chattanooga, TN 37403
423-266-0605
423-266-0687 fax

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

This the 17th day of January, 2008.

s/Bryan H. Hoss_____