UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | DOCKET NO. 7:05-cr-1067 KMK |
| v. | * | |
| | * | JUDGE KARAS |
| STEVEN EARL RIDDICK, | * | |
| | * | |
| Defendant. | * | |
| | * | |

## NOTICE OF APPEAL

Notice is hereby given that Steven Earl Riddick, (defendant) in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit following his jury verdict and sentencing hearing by Judge Kenneth Karas on January 11, 2008.

Respectfully Submitted:

DAVIS & HOSS, P.C.

_____
Bryan H. Hoss, BPR#025129
508 E. 5th Street
Chattanooga, TN 37403
423-266-0605
423-266-0687 fax

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing was forwarded via U.S. Mail on this the ___ day of January, 2008 to:

E. Danya Perry, Assistant U.S. Attorney
1 St. Andrews Plaza
New York, NY 10007
212-637-2434
212-637-2429 fax

_____
Bryan H. Hoss

[Stamp: U.S. DISTRICT COURT FILED JAN 22 2008 S.D. OF N.Y. W.P.]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: ___]